NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


CURTIS EVANGELINE PACE,                  )
                                         )
        Appellant,                       )
                                         )
v.                                       )        Case No. 2D17-4527
                                         )
STATE OF FLORIDA,                        )
                                         )
        Appellee.                        )
                                         )
_____)

Opinion filed September 12, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Manatee County; Susan B. Maulucci,
Judge.


PER CURIAM.


        Affirmed.


VILLANTI, MORRIS, and BADALAMENTI, JJ., Concur.